PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: <u>Lloyd Smith</u>	Case Number: <u>1:21-CR-078(04)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>April 28, 2022</u>

Original Offense: <u>Possession with Intent to Distribute and Distribution of Cocaine, in violation of 18 U.S.C. §§ 841(a)(1) and (b)(1)(B)(C).</u>

Original Sentence: <u>Sentence to 12 months' and 1 day custody, followed by a 3-year term of supervised release with the following special conditions: substance abuse and mental health counseling; refrain from the use of alcohol and all other intoxicants; take medication as prescribed; search and a $100 special assessment fee (unpaid)</u>

Type of Supervision: <u>Supervised Release</u>	Date Supervision Commenced: <u>May 20, 2022</u>

Assistant U.S. Attorney: <u>Sharon S. Pierce</u>	Defense Attorney: <u>Christopher M. Perri (appointed)</u>

---

## PREVIOUS COURT ACTION

On June 13, 2022, a Probation Form 12B was submitted to the Court to place the defendant in the halfway house for up to 180 days to assist with housing needs.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**Nature of Noncompliance:** On June 13, 2022, Smith reported to the Probation Office for his initial office visit and submitted a positive drug test for cocaine. He admitted to using said drug on or about June 12, 2022. Further, Smith has failed to submit to random drug testing on the following dates: June 18th, June 17th, and June 27, 2022.

Lloyd Smith
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The defendant has been admonished for his poor decision making and is currently being housed in the halfway house. He has been referred to mental health and substance abuse counseling to address his needs. The probation office respectfully requests no adverse action be taken at this time. The Court will be notified of any further violations. Accordingly, the Court reserves the right to revisit this allegation in the future.

Approved by,                                                             Respectfully submitted,

_____                                  _____
Hector J. Garcia                                                          Jennifer Black
Supervising U.S. Probation Officer                          U.S. Probation Officer
                                                                                    Date: July 6, 2022

**THE COURT ORDERS:**

[ ] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[✓] Submit a Request for ~~Warrant or~~ Summons

[ ] Other _____

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: July 8, 2002