PROB 12C
(6/96)

# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lloyd Smith                     Case Number: 1:21-CR-078(04)LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, United States District Judge

Date of Original Sentence: April 28, 2022

Original Offense: Possession with Intent to Distribute and Distribution of Cocaine, in violation of 18 U.S.C. §§ 841(a)(1) and (b)(1)(B)(C).

Original Sentence: Sentence to 12 months' and 1 day custody, followed by a 3-year term of supervised release with the following special conditions: substance abuse and mental health counseling; refrain from the use of alcohol and all other intoxicants; take medication as prescribed; search and a $100 special assessment fee (unpaid)

Type of Supervision: Supervised Release          Date Supervision Commenced: May 20, 2020

Assistant U. S. Attorney: Sharon S. Pierce     Defense Attorney: Christopher M. Perri (appointed)

---

### PREVIOUS COURT ACTION

On June 13, 2022, a Probation Form 12B was submitted to the Court to place the defendant in the halfway house for up to 180 days to assist with housing needs.

On July 8, 2022, a Probation Form 12A was filed with the Court to notify of the defendant's positive test for cocaine on June 13, 2022, and his failure to submit to random drug testing on the following dates: June 8th, June 18th and June 27, 2022. The Court noted a Summons be submitted.

Smith, Lloyd
Petition for Warrant or Summons for
Offender Under Supervision

# PETITIONING THE COURT

[ ]  To issue a warrant                              [ X ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory No. 2:**  "The defendant shall not unlawfully possess a controlled substance."

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**Nature of Noncompliance:** On June 13, 2022, Smith reported to the Probation Office for his initial office visit and submitted a positive drug test for cocaine. He admitted to using said drug on or about June 12, 2022.  Further, Smith has failed to submit to random drug testing on the following dates: June 8th, June 17th, and June 27, 2022.

**U.S. Probation Officer Action:** The defendant has been admonished for his poor decision making and is currently being housed in the halfway house. He has been referred to mental health and substance abuse counseling to address his needs.  The probation office respectfully requests Smith's drug use be addressed in Court and if he is indeed taking his drug and mental health treatment seriously.

Approved by,                                                    Respectfully submitted,

_____                    _____
Hector J. Garcia                                                      Jennifer Black
Supervising U.S. Probation Officer                         U.S. Probation Officer
                                                                              Date: July 14, 2022

Received by,

/s/ Sharon Pierce
_____
Sharon S. Pierce
Assistant U.S. Attorney

☑ recommend    ☐ does not recommend      Justification: _____

Smith, Lloyd
Petition for Warrant or Summons for
Offender Under Supervision

---

**THE COURT ORDERS:**

[ ]  No Action

[ ]  The Issuance of a Warrant

[✓]  The Issuance of a Summons

[ ]  Other

 

_____
Honorable Susan Hightower
U.S. Magistrate Judge

  July 18, 2022
Date